No. 11–5413.  BOWMAN v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 11–5414.  BELL v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5415.  VALDOVINOS-MENDEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–5416.  BURL v. DOTSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–5418.  GALVAN v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 11–5419.  STENHOUSE v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 11–5420.  STANLEY v. COX, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–5421.  HAMILTON v. JACKSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–5422.  OLAYA v. UNITED STATES; and
No. 11–5426.  CAMPAZ-GUERRERO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  Reported below: 424 Fed. Appx. 898.

No. 11–5423.  COOPER v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 11–5424.  COX v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–5425.  DURAN-MONTES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5427.  JEANETTA v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–5428.  RYAN v. MCDANIEL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.